In the Matter of ISAIAH BROWN, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted February 11, 2008; decided March 20, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2). Motion for poor person relief dismissed as academic.

In the Matter of KENT W. DAVENPORT, Respondent, v JEFFREY STEIN, Appellant.

Submitted March 10, 2008; decided March 20, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of DOMINICK GIAQUINTO, Appellant, v COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, Respondent, et al., Respondent.

Submitted March 17, 2008; decided March 20, 2008

Motion by Peter Vollmer, Esq. for leave to appear amicus curiae on the appeal herein granted only to the extent that a revised brief, with the motion exhibits attached thereto, may be served and filed. Three copies of such brief must be served and an original and 24 copies filed within seven days.